1  MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*)
   RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*)
2  GERALD T. SEKIMURA (Bar No. 095165) *gerald.sekimura@dlapiper.com*
   M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*)
3  MEGAN OLESEK (Bar No. 191218) (*megan.olesek@dlapiper.com*)
   VINCENT LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*)
4  **DLA PIPER RUDNICK GRAY CARY US LLP**
   2000 University Avenue
5  East Palo Alto, CA  94303-2248
   Tel:    650-833-2000
6  Fax:   650-833-2001

7  Attorneys for Plaintiff
   TOSHIBA CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  TOSHIBA CORPORATION,<br><br>13              Plaintiff,<br><br>14       v.<br><br>15  HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and<br>16  HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br>17<br>           Defendants.<br>18 | CASE NO. C05-04100 VRW<br>(AND RELATED CASES)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT AT MARKMAN HEARING**<br><br>Date:   May 31, 2006<br>Time:   9:30 a.m.<br>Crtrm:  6<br>Judge:  Honorable Vaughn R. Walker |
| 20  TOSHIBA CORPORATION,<br><br>21              Plaintiff,<br><br>22       v.<br><br>23  HYNIX SEMICONDUCTOR INC., SEMICONDUCTOR AMERICA INC., and<br>24  HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC.,<br>25<br>           Defendants.<br>26 | CASE NO. C05-04547 VRW<br>(AND RELATED CASES) |

27

28

1   WHEREAS, Plaintiff Toshiba Corporation ("Toshiba") and Defendants Hynix
2 Semiconductor Inc., Hynix Semiconductor America Inc., and Hynix Semiconductor
3 Manufacturing America Inc. (collectively, "Hynix") wish to refer to and project demonstrative
4 exhibits during the course of their oral arguments at the upcoming May 31, 2006, Markman
5 Hearing in the above captioned cases;

6   The parties have agreed to the following stipulation:

7   Toshiba and Hynix will have delivered on May 30, 2006, at 3:00 p.m. (subject to the
8 Court's availability), for use during oral argument at the Markman Hearing, the following
9 equipment: laptop computers (which may be delivered at the date and time specified in this
10 paragraph or brought by the parties' counsel at the time of the hearing), digital projectors,
11 projection screens, an "ELMO," and any required cables and connectors.

12 Dated: May 23, 2006                    DLA PIPER RUDNICK GRAY CARY US LLP

14                                        By    /s/ Vincent Lam
                                             MARK FOWLER
15                                           RONALD L. YIN
                                             GERALD T. SEKIMURA
16                                           M. ELIZABETH DAY
                                             MEGAN OLESEK
17                                           VINCENT LAM

18                                        Attorneys for Plaintiff
                                          TOSHIBA CORPORATION

19 Dated: May 23, 2006                    TOWNSEND AND TOWNSEND AND CREW LLP

21                                        By    /s/ Igor Shoiket
                                             DANIEL J. FURNISS
22                                           GREGORY S. BISHOP
                                             IGOR SHOIKET
23                                           ROBERT G. LITTS

24                                           THELEN REID & PRIEST LLP
                                             Kenneth L. Nissly
                                             Susan Van Keulen
25
26                                        Attorneys for Defendants
                                          HYNIX SEMICONDUCTOR INC., HYNIX
27                                        SEMICONDUCTOR AMERICA INC. and
                                          HYNIX SEMICONDUCTOR
28                                        MANUFACTURING AMERICA INC.

-2-

1 **ORDER**

2    This Court has considered the parties' administrative request. All parties are allowed to
3 deliver on May 30, 2006, at 3:00 p.m., their required equipment for use during the Markman
4 hearing in the above captioned case on May 31, 2006, and are hereby permitted to have such
5 equipment set up in the Courtroom at such time. Laptop computers to be used during the Claim
6 Construction Hearing may be delivered at the above-noted time or may be brought by the parties'
7 counsel at the time of the hearing.

8 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

10 Dated: _____May 26_____, 2006



11
12
13
14
...
28

-3-

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10457876.1
351912-990602

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF
ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW

**GENERAL ORDER 45 ATTESTATION**

I, Vincent Lam, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Joint Miscellaneous Administrative Request for Leave to Permit Delivery and Use of Electronic Equipment At Markman Hearing. In compliance with General Order 45, X.B., I hereby attest that Igor Shoiket has concurred in this filing.

Dated: May 23, 2006

By   /s/ Vincent Lam
     VINCENT LAM

-4-

DLA PIPER RUDNICK GRAY CARY US LLP

PA\10457876.1
351912-990602

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF ELECTRONIC EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW