1   MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*)
    RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*)
2   GERALD T. SEKIMURA (Bar No. 095165) *gerald.sekimura@dlapiper.com*
    M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*)
3   MEGAN OLESEK (Bar No. 191218) (*megan.olesek@dlapiper.com*)
    VINCENT LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*)
4   **DLA PIPER RUDNICK GRAY CARY US LLP**
    2000 University Avenue
5   East Palo Alto, CA  94303-2248
    Tel:    650-833-2000
6   Fax:    650-833-2001

7   Attorneys for Plaintiff
    TOSHIBA CORPORATION
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 12   TOSHIBA CORPORATION, | CASE NO. C05-04100 VRW (AND RELATED CASES) |
| 13                   Plaintiff, | |
| 14          v. | **STIPULATION AND [PROPOSED] ORDER REGARDING JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT AT MARKMAN HEARING** |
| 15   HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and | |
| 16   HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| 17 | |
| 18                   Defendants. | Date:    July 6, 2006<br>Time:    9:30 a.m.<br>Crtrm:   6<br>Judge:   Honorable Vaughn R. Walker |
| 19 | |
| 20   TOSHIBA CORPORATION, | CASE NO. C05-04547 VRW (AND RELATED CASES) |
| 21                   Plaintiff, | |
| 22          v. | |
| 23   HYNIX SEMICONDUCTOR INC., HYNIX SEMICONDUCTOR AMERICA INC., and | |
| 24   HYNIX SEMICONDUCTOR MANUFACTURING AMERICA INC., | |
| 25 | |
| 26                   Defendants. | |

27

28

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10457876.1
351912-990602

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF ELECTRONIC
EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW (AND RELATED CASES)

1    WHEREAS, Plaintiff Toshiba Corporation ("Toshiba") and Defendants Hynix

2 Semiconductor Inc., Hynix Semiconductor America Inc., and Hynix Semiconductor

3 Manufacturing America Inc. (collectively, "Hynix") wish to refer to and project demonstrative

4 exhibits during the course of their oral arguments at the upcoming July 6, 2006, Markman

5 Hearing in the above captioned cases;

6    The parties have agreed to the following stipulation:

7    Toshiba and Hynix will have delivered on July 5, 2006, at 3:00 p.m. (subject to the

8 Court's availability), for use during oral argument at the Markman Hearing, the following

9 equipment: laptop computers (which may be delivered at the date and time specified in this

10 paragraph or brought by the parties' counsel at the time of the hearing), digital projectors,

11 projection screens, an "ELMO," and any required cables and connectors.

12 Dated: June 1, 2006                 DLA PIPER RUDNICK GRAY CARY US LLP

13

14                                    By____/s/ Vincent Lam_____
                                        MARK FOWLER
15                                      RONALD L. YIN
                                        GERALD T. SEKIMURA
16                                      M. ELIZABETH DAY
                                        MEGAN OLESEK
17                                      VINCENT LAM

18                                      Attorneys for Plaintiff
                                        TOSHIBA CORPORATION

19 Dated: June 1, 2006                 TOWNSEND AND TOWNSEND AND CREW LLP

20

21                                    By____/s/ Igor Shoiket_____
                                        DANIEL J. FURNISS
22                                      GREGORY S. BISHOP
                                        IGOR SHOIKET
23                                      ROBERT G. LITTS

24                                      THELEN REID & PRIEST LLP
                                        Kenneth L. Nissly
25                                      Susan Van Keulen

26                                      Attorneys for Defendants
                                        HYNIX SEMICONDUCTOR INC., HYNIX
27                                      SEMICONDUCTOR AMERICA INC. and
                                        HYNIX SEMICONDUCTOR
28                                      MANUFACTURING AMERICA INC.

DLA PIPER RUDNICK    PA\10457876.1      STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF ELECTRONIC
GRAY CARY US LLP     351912-990602      EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW (AND RELATED CASES)

**ORDER**

This Court has considered the parties' administrative request. All parties are allowed to deliver on July 5, 2006, at 3:00 p.m., their required equipment for use during the Markman hearing in the above captioned case on July 6, 2006, and are hereby permitted to have such equipment set up in the Courtroom at such time. Laptop computers to be used during the Claim Construction Hearing may be delivered at the above-noted time or may be brought by the parties' counsel at the time of the hearing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____June 7_____, 2006

IT IS SO ORDERED

Judge Vaughn R Walker

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10457876.1
351912-990602

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF ELECTRONIC
EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW (AND RELATED CASES)

# GENERAL ORDER 45 ATTESTATION

I, Vincent Lam, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Joint Miscellaneous Administrative Request for Leave to Permit Delivery and Use of Electronic Equipment At Markman Hearing. In compliance with General Order 45, X.B., I hereby attest that Igor Shoiket has concurred in this filing.

Dated: June 1, 2006

By   /s/ Vincent Lam
       VINCENT LAM

DLA PIPER RUDNICK
GRAY CARY US LLP

PA\10457876.1
351912-990602

STIP AND ORDER RE JOINT MISC ADMIN REQUEST FOR LEAVE TO PERMIT DELIVERY & USE OF ELECTRONIC
EQUIP AT MARKMAN HEARING/CASE NOS. C05-04100 VRW AND C05-04547 VRW (AND RELATED CASES)