1  MARK FOWLER (Bar No. 124235)
   *mark.fowler@dlapiper.com*
2  RONALD L. YIN (Bar No. 063266)
   *ronald.yin@dlapiper.com*
3  ALAN A. LIMBACH (Bar No. 173059)
   *alan.limbach@dlapiper.com*
4  M. ELIZABETH DAY (Bar No. 177125)
   *elizabeth.day@dlapiper.com*
5  MEGAN OLESEK (Bar No. 191218)
   *megan.olesek@dlapiper.com*
6  VINCENT LAM (Bar No. 229355)
   *vincent.lam@dlapiper.com*
7
8  **DLA PIPER US LLP**
   2000 University Avenue
   East Palo Alto, CA  94303-2248
9  Tel:    650-833-2000
   Fax:    650-833-2001
10
   Attorneys for Defendants and Counterclaimants
11 TOSHIBA CORPORATION, et al.

13                        UNITED STATES DISTRICT COURT

14                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                             SAN FRANCISCO DIVISION

17  HYNIX SEMICONDUCTOR INC.,                    Case No. C04-04708 VRW

18              Plaintiff,                       **Related Cases:**
                                                 C05-4547 VRW; C05-4016 VRW;
19         v.                                    C05-4100 VRW

20  TOSHIBA CORPORATION, ET AL.                  **STIPULATION AND [~~PROPOSED~~]
                                                 ORDER EXTENDING DEADLINE FOR
21              Defendants.                      MEDIATION**

23  AND RELATED COUNTERCLAIM.

1    Whereas the Court's Civil Pretrial Minute Order of August 22, 2006, directs the Parties to
2  complete a mediation in the above-captioned cases on or before December 1, 2006;
3    Whereas the Parties have agreed to conduct a mediation before the Hon. Eugene F. Lynch
4  (ret.);
5    Whereas, on November 2, 2006, the Parties submitted a Stipulation and [Proposed] Order
6  Extending Deadline for Mediation from December 1, 2006 to December 15, 2006 in order to complete
7  the mediation before Judge Lynch;
8    Whereas, on November 6, 2006, the Court extended the deadline to complete a mediation to
9  December 15, 2006 by Order;
10   Whereas the Parties have been and are continuing to meet without counsel to discuss
11 settlement;
12   Whereas the Parties would like to make further progress before the mediation and believe the
13 mediation would be more helpful in settlement after further discussions to narrow the issues;
14   Whereas the next agreeable date on which the Parties could schedule the mediation before
15 Judge Lynch is January 29, 2007, and whereas the Parties agree to participate in mediation on that
16 date if still necessary;
17   The Parties hereby stipulate and agree as follows:
18   1)  The deadline to complete a mediation in the above-captioned matters shall be extended to
19 February 1, 2007 so that the Parties may complete their mediation before Judge Lynch;
20   2)  The extensions of time provided in the preceding two paragraphs do not alter any further
21 deadlines previously agreed by the Parties or set by the Court.
22
23 IT IS SO STIPULATED.

1  Dated: December 7, 2006

2              TOWNSEND and TOWNSEND and CREW LLP

3

4

5            By: /s/ Theodore G. Brown, III
             Daniel J. Furniss
             Theodore G. Brown, III

6              William J. Bohler
             Eric P. Jacobs

7              Robert A. McFarlane

8              Attorneys for Plaintiff and Counterdefendant
             HYNIX SEMICONDUCTOR INC.

9

10 Dated: December 7, 2006

11              DLA PIPER US LLP

12

13

14            By: /s/ Vincent Lam
             Mark Fowler
             Megan Olesek

15              Vincent Lam

16              Attorneys for Defendants and Counterclaimants
             TOSHIBA CORPORATION, et al.

17

18

19

20

21

22

23

24

25

26

27

28

1  **<u>ORDER</u>**
2
3  PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5  Dated: __December 8__, 2006
6
7  _____
   THE HONORABLE VAUGHN R. WALKER
8  United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **GENERAL ORDER 45 ATTESTATION** |
| 2 | I, Vincent Lam, am the ECF user whose ID and password are being used to file this |
| 3 | STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION.  In |
| 4 | compliance with General Order 45, X.B., I hereby attest that Theodore G. Brown, III has concurred in |
| 5 | this filing. |
| 6 | Dated:  December 7, 2006 |
| 7 | DLA PIPER US LLP |

By:   /s/  Vincent Lam
     Vincent Lam

     Attorneys for Defendants and Counterclaimants
     TOSHIBA CORPORATION, et al.