1  TOWNSEND AND TOWNSEND AND CREW LLP
   DANIEL J. FURNISS (State Bar No. 73531)
2  THEODORE G. BROWN, III (State Bar No. 114672)
   WILLIAM J. BOHLER (State Bar No. 141970)
3  379 Lytton Avenue
   Palo Alto, California  94301
4  Telephone: (650) 326-2400
   Facsimile: (650) 326-2422
5  Email:  djfurniss@townsend.com

6  TOWNSEND AND TOWNSEND AND CREW LLP
   ERIC P. JACOBS (State Bar No. 88413)
7  ROBERT A. McFARLANE (State Bar No. 172650)
   Two Embarcadero Center, 8th Floor
8  San Francisco, California 94111
   Telephone: (415) 576-0200
9  Facsimile: (415) 576-0300
   Email:  ramcfarlane@townsend.com

10

11 THELEN REID & PRIEST LLP
   KENNETH L. NISSLY (State Bar No. 77589)
12 SUSAN VAN KEULEN (State Bar No. 136060)
   225 West Santa Clara Street, Suite 1200
13 San Jose, California 95113
   Telephone: (408) 292-5800; Facsimile: (408) 287-8040
14
   Attorneys for Plaintiff
15 HYNIX SEMICONDUCTOR INC.

16
                    UNITED STATES DISTRICT COURT
17
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
18
                         SAN FRANCISCO DIVISION
19

| HYNIX SEMICONDUCTOR INC., | Case No.   C04-04708 VRW |
|---|---|
| Plaintiff, | **Related Cases:**<br>C05-4547 VRW; C05-4016 VRW;<br>C05-4100 VRW |
| v. | |
| TOSHIBA CORPORATION, ET AL. | **JOINT STIPULATION AND [PROPOSED]<br>ORDER REQUESTING CONTINUANCE<br>OF JANUARY 16, 2007 CASE<br>MANAGEMENT CONFERENCE** |
| Defendants. | |
| AND RELATED COUNTERCLAIM | |

1     WHEREAS a Case Management Conference is presently scheduled in the above-captioned
2 matter for January 16, 2007, at 9:00 a.m.;
3     WHEREAS, the Court entered an order on December 8, 2006, extending the deadline for the
4 mediation in this matter from December 15, 2006, to February 1, 2007, so that the parties may
5 complete additional settlement discussions prior to the mediation;
6     WHEREAS, the parties have scheduled a mediation before the Honorable Eugene F. Lynch
7 (Ret.) for January 29, 2007, some two weeks after the currently scheduled Case Management
8 Conference;
9     WHEREAS, the Court entered an order on December 27, 2006, allowing the parties to
10 continue their discovery schedule approximately sixty (60) days so that no additional discovery
11 responses are to be served prior to the mediation; and
12     WHEREAS, the Parties agreed schedule postpones service of additional responses to
13 outstanding discovery requests until after the presently scheduled Case Management Conference;
14     The Parties stipulate and agree as follows:
15     The Case Management Conference presently scheduled for January 16, 2007, may be
16 continued until February 13, 2007, at 9:00 a.m., or such other time as the Court deems appropriate, so
17 that the results of the parties' January 29, 2007, mediation are known prior thereto.
18     IT IS SO STIPULATED.

19 Dated:  January 4, 2007              Respectfully submitted,

20                                        TOWNSEND and TOWNSEND and CREW LLP

22                                        By:  /s/ Robert A. McFarlane
23                                            Daniel J. Furniss
                                            Theodore G. Brown, III
24                                            William J. Bohler
                                           Robert A. McFarlane
25
26                                        THELEN REID & PRIEST LLP
                                       Kenneth L. Nissly
27                                        Susan van Keulen

28                                        Attorneys for Plaintiff
                                       HYNIX SEMICONDUCTOR INC.

1 | Dated: January 4, 2007                    DLA PIPER US LLP

                                  By: /s/ Vincent Lam
                                      Mark Fowler
                                      Megan Olesek
                                      Vincent Lam

                                  Attorneys for Defendants and Counterclaimants
                                  TOSHIBA CORPORATION, et al.

**GENERAL ORDER 45 ATTESTATION**

I, Robert A. McFarlane, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR MEDIATION AND EXTENDING DEADLINE FOR SUBSEQUENT DISCLOSURES UNDER LOCAL PATENT RULES. In compliance with General Order 45, X.B., I hereby attest that Vincent Lam has concurred in this filing.

Dated: January 4, 2007

                                  TOWNSEND and TOWNSEND and CREW LLP

                                  By: /s/
                                      Robert A. McFarlane

                                  Attorneys for Plaintiff and Counterdefendant
                                  HYNIX SEMICONDUCTOR INC.

1 **ORDER**

2      PURSUANT TO STIPULATION IT IS SO ORDERED

5 Dated: January _8_, 2007

7 _____
THE HONORABLE VAUGHN R. WALKER
United States District Judge

*[GRANTED stamp with signature of Judge Vaughn R Walker, seal of United States District Court Northern District of California]*

60950536 v1