1  MARK FOWLER (Bar No. 124235) (*mark.fowler@dlapiper.com*)
   RONALD L. YIN (Bar No. 063266) (*ronald.yin@dlapiper.com*)
2  ALAN A. LIMBACH (Bar No. 173059) (*alan.limbach@dlapiper.com*)
   M. ELIZABETH DAY (Bar No. 177125) (*elizabeth.day@dlapiper.com*)
3  VINCENT S. LAM (Bar No. 229355) (*vincent.lam@dlapiper.com*)
   **DLA PIPER US LLP**
4  2000 University Avenue
   East Palo Alto, CA  94303-2248
5  Tel:    650-833-2000
   Fax:   650-833-2001
6
7  Attorneys for Defendant and Counterclaimants
   TOSHIBA CORPORATION, et al.

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  HYNIX SEMICONDUCTOR INC., | CASE NO. C04-04708 VRW |
| 12          Plaintiff, | **Related Cases:** |
| 13       v. | C05-04016 VRW; C05-04100 VRW; C05-04547 VRW; C07-00153 VRW |
| 14  TOSHIBA CORPORATION, | **STIPULATION AND [PROPOSED]** |
| 15          Defendant. | **ORDER DISMISSING ACTIONS PURSUANT TO RULE 41(a)** |
| 16 | |
| 17  TOSHIBA CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA MEDICAL SYSTEMS, INC., and TOSHIBA AMERICA BUSINESS SOLUTIONS, INC., | |
| 22          Counterclaimants, | |
| 23       v. | |
| 24  HYNIX SEMICONDUCTOR INC., | |
| 25          Counterdefendant. | |

DLA PIPER US LLP

PA\10494966.1
351912-990603

-1-
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE
41(A) / CASE NO. C04-04708 VRW (AND RELATED CASES)

1   WHEREAS, the parties hereto have reached a confidential settlement that resolves all
2   claims and counterclaims asserted between them, including those asserted in the above-captioned
3   action and all related actions;
4   IT IS HEREBY STIPULATED by and between the parties to this action through their
5   designated counsel that the above-captioned action and all related actions be and hereby are
6   dismissed without prejudice pursuant to FRCP 41(a)(1).  Each party is to bear its own costs,
7   expenses and attorneys fees.
8   IT IS SO STIPULATED.

9   Dated:  March 27, 2007              TOWNSEND and TOWNSEND and CREW LLP

11                                      By____/s/ Robert A. McFarlane_____
                                           DANIEL J. FURNISS
                                           THEODORE G. BROWN, III
12                                         WILLIAM J. BOHLER
                                           ROBERT A. MCFARLANE
13
                                           THELEN REID & PRIEST LLP
14                                         KENNETH L. NISSLY
                                           SUSAN VAN KEULEN
15
                                           Attorneys for Plaintiff and Counterdefendant
16                                         HYNIX SEMICONDUCTOR INC.

17

18
    Dated:  March 27, 2007              DLA PIPER US LLP
19

20                                      By____/s/ Vincent S. Lam_____
                                           MARK FOWLER
21                                         RONALD L. YIN
                                           ALAN A. LIMBACH
22                                         M. ELIZABETH DAY
                                           VINCENT S. LAM
23
                                           Attorneys for Defendants and Counterclaimants
24                                         TOSHIBA CORPORATION, TOSHIBA
                                           AMERICA INFORMATION SYSTEMS, INC.,
25                                         TOSHIBA AMERICA CONSUMER
                                           PRODUCTS, L.L.C., TOSHIBA AMERICA
26                                         ELECTRONIC COMPONENTS, INC.,
                                           TOSHIBA AMERICA MEDICAL SYSTEMS,
27                                         INC., and TOSHIBA AMERICA BUSINESS
                                           SOLUTIONS, INC.
28

DLA PIPER US LLP

PA\10494966.1
351912-990603

-2-
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE
41(A) / CASE NO. C04-04708 VRW (AND RELATED CASES)

1  **ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated: __March 30__, 2007

4

5                                                    _____
                                                     THE HONORABLE VAUGHN R. WALKER
6                                                    United States District Judge



-3-
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE 41(A) / CASE NO. C04-04708 VRW (AND RELATED CASES)

DLA PIPER US LLP

PA\10494966.1
351912-990603

1  **GENERAL ORDER 45 ATTESTATION**

2      I, Vincent S. Lam, am the ECF user whose ID and password are being used to file this

3  STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE

4  41(a).  In compliance with General Order 45, X.B., I hereby attest that Robert A. McFarlane has

5  concurred in this filing.

6  Dated:  March 27, 2007                    DLA PIPER US LLP

8                                                          By  /s/ Vincent S. Lam
                                                              VINCENT S. LAM
9                                                           Attorneys for Defendant and Counterclaimants
                                                         TOSHIBA CORPORATION, et al.

DLA PIPER US LLP    PA\10494966.1
351912-990603

-4-
STIPULATION AND [PROPOSED] ORDER DISMISSING ACTIONS PURSUANT TO RULE 41(A) / CASE NO. C04-04708 VRW (AND RELATED CASES)